IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-80500-CIV-ROSENBERG/REINHART

LOUIS DIFRANCO

   Plaintiff,

-vs-

OCWEN LOAN SERVICING, LLC,

   Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, LOUIS DIFRANCO, by and through his undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, and hereby dismisses this action without prejudice.

DATED this 30th day of May, 2019.

                                            Respectfully submitted,

                                            */s/David P. Mitchell*
                                            David P. Mitchell, Esq.
                                            Florida Bar No. 067249
                                            MANEY & GORDON, P.A.
                                            101 East Kennedy Blvd., Suite 1700
                                            Tampa, Florida 33602
                                            Telephone: (813) 221-1366
                                            Fax: (813) 223-5920
                                            David@MitchellConsumerLaw.com
                                            *Counsel for Plaintiff*