UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-80500-ROSENBERG/REINHART

LOUIS DEFRANCO,

  Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

  Defendants.

_____/

ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal at docket entry 12. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**;

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of May, 2019.

                                                      ROBIN L. ROSENBERG
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record